UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-20360-CIV-MARTINEZ

BT WEARABLES LLC,

    Plaintiff,

v.

CITIZEN WATCH CO., LTD. and CITIZEN
WATCH COMPANY OF AMERICA, INC.,

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Defendants' Rule 12(c) Motion for Judgment of Invalidity on the Pleadings ("Motion"), (ECF No. 13). (ECF No. 32.) Judge Sanchez filed an R&R recommending that the Motion be denied. (ECF No. 33.) The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** that Judge Sanchez's R&R, (ECF No. 33), is **AFFIRMED** and **ADOPTED**. Further, it is **ORDERED AND ADJUDGED** that Defendants' Motion, (ECF No. 13), is **DENIED** as set forth in the R&R.

**DONE AND ORDERED** in Miami, Florida, this 5 day of December, 2024.

                                          JOSE E. MARTINEZ
                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record